AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEE REPORTS

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br>Selna, James V. | **2. Court or Organization**<br>District Court, Central District of California | **3. Date of Report**<br>May 10, 2006 |

| | | |
|---|---|---|
| **4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>United States District Judge, Active | **5. ReportType (check appropriate type)**<br><br>Nomination Date<br><br>___ Initial **X** Annual ___ Final | **6. Reporting Period**<br>January 1, 2005 to December 31, 2005 |
| **7. Chambers or Office Address**<br>Ronald Reagan Federal Building and US Courthouse<br>411 W. 4th Street<br>Santa Ana, CA 92701 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| 1 Trustee; Trustee | Trust No. 1; Trust No. 2 |
| 2 Custodian | Custodian Account 1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ **NONE** (No reportable agreements.) | |
| 1 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ **NONE** (No reportable non-investment income.) | | |
| 3 2005 | O'Melveny & Myers LLP–retirement pension | $ 92,100.00 |
| 4 2005 | ██████ Trust for the Benefit of James V. Selna–life income beneficiary of | $ 19,298.04 |

| | | |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br>Selna, James V. | Date of Report<br>May 10, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|

| | | NONE (No such reportable reimbursemen s.) |
|---|---|---|

Associa ion of Business Trial Lawyers — October , 21-23, 2005 Tucson, AZ, annual meeting (transportation, meals, lodging)

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X | NONE (No such reportable gifts.) | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X | NONE (No reportable liabilities.) | |
| | | |
| | | |
| | | |
| | | |
| | | |

Value Codes. J=$15,000 or less  K=$15,001-$50,000 L=$50,001-$100,000  M=$100,001- $250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001- $25,000,000

1. Income/Gain Codes  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

Selna, James V.

May 10, 2006

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) or | (5) Identity of buyer/seller (if private transaction) |

☐ **NONE** (No reportable income, assets, or transactions)

---

# FINANCIAL DISCLOSURE REPORT

Selna, James V.

May 1, 2005

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, | | | | | | | | | |
| 1 Real Property: | | | | | | | | | |
| 2 Parcel 1, Cambria, CA | None | | M | W | | | | | |
| 3 Parcel 2, Antelope Valley, CA | None | | K | W | | | | | |
| 4 Parcel 3, San Bernardino, CA | None | | K | W | | | | | |
| Held in Account 1: | | | | | | | | | |
| 5 AT& T Corp common | A | Div. | K | T | | | | | |
| Time Warner Inc | A | Div. | K | T | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | Boeing Co. common | A | Div. | | | Sale | 12-5 | L | E | |
| | Comcast Corp. class A common | None | | J | T | | | | | |
| 7 | Corning common | None | | J | T | | | | | |
| | General Electric common | C | Div. | M | T | | | | | |
| | JDS Uniphase common | None | | | | Sale | 12-23 | J | A | |
| 9 | Este Lauder Co. common | A | Div. | J | T | | | | | |
| 10 | Liberty Media B common | None | | J | T | | | | | |
| | Liberty Media Int'l Cl. A | None | | J | T | Spin off of DISCA | 7-15 | J | A | |
| | | | | | | Spin off of LBTYK | 6-7 | J | A | |
| | | | | | | Spin off of LBTYK | 9-7 | J | A | |
| | Discovery Holding Series A (DISCA) | None | | J | T | | 7-15 | J | | |
| | Liberty Global Class A (LBTYA) | None | | J | T | | 6-7 | J | | |
| | Liberty Global Series C (LBTYK) | None | | J | T | | 9-7 | J | | |
| | Limited Brands common | B | Div. | K | T | | | | | |
| 11 | McKesson Corp. common | A | Div. | K | L | | | | | |
| 12 | Microsoft common | A | Div. | M | T | | | | | |
| | Motorola common | A | Div | K | T | | | | | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

☐ **NONE** (No reportable income, assets, or transactions)

|    |                                  |      |      |   |   |
|----|----------------------------------|------|------|---|---|
|    | Freescale Semiconductor Cl. B    | None |      | J | T |
| 13 | Newell Rubbermaid common         | A    | Div. | K | T |
| 14 | Office Depot common              | None |      | J | T |
| 15 | Pepsico Inc. common              | A    | Div. | J | T |
|    | SBC Communications               | B    | Div. | K | T |
|    | Tyson Foods Inc. common          | A    | Div. | K | T |
| 16 | Walmart common                   | A    | Div. | L | T |
| 17 | Watson Pharmeceuticals common    | None |      | K | T |
| 18 | Washington Mutual common         | D    | Div. | M | T |
| 19 | Xcel Energy Inc. common          | C    | Div. | L | T |
| 20 | Charles Schwab Muni Money Fund   | B    | Div. | K | T |
|    | Bellsouth Corp. common           | B    | Div. |   | T |
|    | Albertsons Inc. common           | B    | Div. | K | T |
|    | Bed Bath & Beyond common         | None |      | K | T |
|    | Southwest Airlines common        | A    | Div. | K | T |

Held in Account 2:

| of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | May 10, 2006 |

## VII.  Page 5  INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | | C | Int. | M | T | | | |
|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, assets, or transactions) | | | | | | | |
| | Held in Account 3: | | | | | | | |
| | AOL Time Warner | A | Div. | J | T | | | |
| 22 | Sun Microsystems common | None | | J | T | | | |
| 23 | Charles Schwab Money Market | A | Div. | J | T | | | |
| | Intel Corp. common | A | Div. | J | T | | | |
| | Ford Motor common | A | Div. | J | T | Buy | 1/06 | J |
| | Held in Account 4: | | | | | | | |
| 24 | Citigroup common | A | Div. | J | T | | | |
| 25 | Duke Energy common | A | Div. | J | T | | | |
| 53 | Schwab S & P 500 Investors Funds | A | Div. | J | T | | | |
| 54 | | A | Div. | J | T | | | |
| | Held in Account 5: | | | | | | | |
| 56 | AT & T Corp. common | A | | | T | e shares via SBC merger | 11-23 | K |

# FINANCIAL DISCLOSURE REPORT

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Comcast Corp. common | None | | K | T | | | | | |
| Albertsons common | B | Div. | L | T | | | | | |
| Time Warner Inc. | A | Div. | J | T | | | | | |
| Baker Hughes Inc. common | A | Div. | | | Sale | 2-16 | K | E | |
| Boeing Co. common | B | Div. | | | Sale | 12-8 | M | F | |
| CSX Corp. common | A | Div | L | T | | | | | |
| Cisco Systems common | None | | K | T | | | | | |
| Conagra Foods common | C | Div. | L | T | | | | | |
| Coupon Treas Rcpt 02/15/08 | None | | L | T | | | | | |
| Coupon Treas Rcpt 05/15/02 | None | | | | Redeemed | 2-15 | L | E | |
| GNMA PL #422670 | A | Interest | J | T | | | | | |
| | A | Principal | | | | | | | |
| Dell Computer common | None | | K | T | | | | | |
| Delphi Corp. common | A | Div. | | | Sale | 12/23 | J | A | |
| Fluor Corp. common | A | Div. | | | Sale | 11-14 | M | E | |
| Ford Motor Co. common | A | Div. | K | T | Add Buy | 4-21 | K | | |
| Hewlett-Packard common | B | Div. | K | T | Add Buy | 2-28 | J | | |

1. Income/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(See Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=More than $5,000,000
2. Value Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
(See Col. C1, D3)     N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$25,000,000     P2=$5,000,001-$25,000,000
                    P3=$25,000,001-$50,000,000     P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(See Col. C2)     U=Book value     V=Other     W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Add Buy | 3-1 | K | |
| Jones Apparel Group | A | Div. | J | T | | | | |
| Liberty Media Class A Common | None | | J | T | | | | |
| Liberty Media Intl'l Cl. A | None | | J | T | Spin off LBTYA | 6-17 | J | A |
| | | | | | Spin off LBTYK | 9-7 | J | A |
| | | | | | | 7-15 | J | A |
| Liberty Global Inc. Cl. A (LBTYA) | None | | J | T | | 6-17 | J | |
| Liberty Global Inc. Cl. C (LBTYK) | None | | J | T | | 9-7 | J | |
| Discovery Holdings Ser. A (DISCA) | A | | J | T | | 7-15 | J | |
| Lucent Technology common | None | | J | T | | | | |
| Mattel Inc. common | A | Div. | J | T | | | | |
| Manitowoc common | A | Div. | | | Partial Sale | 10-17 | J | C |
| | | | | | Sale | 10-26 | K | E |
| Micron Technology common | None | | J | T | | | | |
| Microsoft common | A | Div. | M | T | | | | |
| Motorola common | A | Div. | L | T | | | | |
| Freescale Semi. Cl. B | None | | J | T | | | See Addendum. | |
| Office Depot common | None | | | | Sale | 8-29 | L | E |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) of | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Oracle common | None | | L | T | | | | | |
| Rockwell Collins common | A | Div. | K | T | | | | | |
| SBC Communication common | B | Div. | | | Merged w/ATT | 11-21 | K | A | |
| Sempra Energy common | A | Div. | K | T | | | | | |
| Seagate Technology | A | Liquid. Distr. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Thermo Electron common | None | | J | T | | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | | |
| United States Steel common | A | Div. | L | T | Partial Sale | 2-25 | L | E | |
| Veritas Software common | None | | | | Merged w/Symantec | 7-6 | J | A | |
| Symantec Corp. | A | Cash in lieu for frac. sh. | J | T | Merger w/Veritas | 7-6 | J | | |
| Viacom Class B common | A | Div. | L | T | | | | | |
| Waste Management common | B | Div. | K | T | | | | | |
| Xcel Energy, Inc. Common | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | C | Div. | N | T | | | | | |
| Washington Mutual common | B | Div. | K | T | | | | | |
| Southwest Airlines common | A | Div. | K | T | | | | | |
| Intel Corp. | A | Div. | K | T | Buy | 2-28 | K | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 9 INVESTMENTS and TRUSTS income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) or | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Wal-Mart Stores Inc. | A | Div. | K | T | Buy | 4-26 | K | | |
| | | | | | | | | | |
| Held in Account 7: | | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | | |
| IBM common | A | Div. | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| | | | | | | | | | |
| Held as Custodian: | | | | | | | | | |
| Xcel Energy Inc. common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 1: | | | | | | | | | |
| BankAmerica bond 10/15/11 | A | Int. | J | T | | | | | |
| BRE Properties Inc. Cl. A | A | Div./ Cap. Distr. | K | T | | | | | |
| Entergy Corp. common | B | Div. | K | T | | | | | |
| Insmed Inc. common | None | | K | T | | | | | |
| National Grid Transco common | A | Div. | J | T | Exchanged for Nat'l Grid PLC | 8-9 | J | A | |
| National Grid PLC | B | Div., Cash in lieu | J | T | Exchanged for Nat'l Grid Trans. | 8-9 | J | | |
| Nicor Inc. common | B | Div. | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

## VII. Page 10  INVESTMENTS and TRUSTS    income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| Urstadt Biddle Properties | A | Div | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | | |
| Antelope Valley, CA Parcels (half interest) | None | | | | Sale | 6-6 | L | E | Sun Yim |
| Washington Mutual common | B | Div. | K | T | | | | | |
| Sun Yim Promissory Note | B | Interest | | | Taken as security | 6-6 | L | | |
|  | | | | | Redeemed | 8-10 | L | A | Sun Yim |
| Trust No. 2 | | | | | | | | | |
| Schwab Value Advantage Fund | B | Div | L | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |
| Ford Motor Credit note 1/25/07 | B | Int. | K | T | | | | | |
| Los Angeles, CA bond 3/1/15 | B | Int. | K | T | | | | | |
| GNMA PL #569964 | A | Int. | J | T | | | | | |
|  | B | Principal | | | | | | | |
| Entergy Corp. common | A | Div. | K | T | | | | | |
| National Grid Transco common | A | Div. | | | Exchanged for Nat'l Grid PLC | 8-9 | J | A | |

1. Income/Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) or | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| National Grid PLC | B | Div., Cash in lieu | J | T | Exchanged for Nat'l Grid Trans. | 8-9 | J | | |
| Nicor Inc. common | C | Div. | L | T | | | | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |
| BRE Properties Inc | A | Div./ Cap. Distr. | K | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| Charles Schwab Money Market Fund | A | Div. | L | T | | | | | |
| Antelope Valley Parcels | None | | | | Sale | 6-6 | L | E | Sun Yim |
| Washington Mutual common | B | Div. | L | T | Add Buy | 10-14 | L | | |
| Sun Yim Promissory Note | B | Interest | | | Taken as security | 6-6 | L | | |
| | | | | | Redeemed | 8-10 | L | A | Sun Yim |
| BellSouth Corp. common | B | Div. | L | T | | | | | |
| Bank of America Corp. | B | Div. | L | T | Buy | 3-3 | L | | |
| | | | | | Add Buy | 10-14 | L | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |

1. Income Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   K=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 12 INVESTMENTS and TRUSTS   income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | A | Distr. | J | U | | | | | |
| O & M Investment Partners/TCW Placements Fund III | A | Distr. | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | None | | J | U | | | | | |
| Bank Accounts: | | | | | | | | | |
| Bank of America | A | Int. | K | T | | | | | |
| Beal Bank, Acct. 1 | C | Int. | M | T | | | | | |
| Beal Bank, Acct. 2 | C | Int. | M | T | | | | | |
| First Republic Bank, Acct. 1 | C | Int. | M | T | | | | | |
| First Republic Bank, Acct. 2 | C | Int. | M | T | | | | | |
| Fremont Investment and Loan | B | Int. | M | T | CD Purchase | 8-31 | M | | |

1. Income/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(See Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=More than $5,000,000
2. Value Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
(See Col. C1, D3)     N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000     P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(See Col. C2)     U=Book value     V=Other     W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | James V. Selna | May 10, 2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

<u>See</u> attached.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions ████████████████ § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date  5·10. 06

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

## Listing of Entries Not Carried Forward or Omitted from May 1, 2005 Form AO-10

      The following sets forth each entry in the May 1, 2005 Form AO-10 not carried forward (other than sales which are self-explanatory) or omitted and the reason therefor.

| Section of May 1, 2005 Report | Description of Position/Investment | Reason for Deletion/Addition |
|---|---|---|
| **Section VII, Account 4** | | |
| Page 5 | Montana Power Capital | Below reporting level. |
| | | |
| **Section VII, Account 5** | | |
| Page 7 | Freescale Semi. Cl. B. | The 2005 report showed the spin-off from Motorola, but neglected to list the spun off stock. |
| | | |
| **Section VII, O&M Investment Partners** | | |
| Page 11 | O & M Investment Partners/McCown de Lueew | The partnership made its final distribution in 2004. The payment should have been coded "J" for value and "A" for gain. |
| | | |
| **Section VII, Bank Accounts** | | |
| Page 12 | Washington Mutual | The account was closed in 2004, but the closure was not indicated. |
| | | |